Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−14959−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sung G Park
  29 Jordan Dr
  River Edge, NJ 07661

Social Security No.:
  xxx−xx−4299

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/16/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 17, 2025
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-14959-JKS
Sung G Park  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jun 17, 2025      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sung G Park, 29 Jordan Dr, River Edge, NJ 07661-2454 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2025 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2025 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jun 18 2025 00:33:00 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520648319 | | Email/PDF: bncnotices@becket-lee.com | Jun 17 2025 20:55:07 | AMERICAN EXPRESS, PO Box 981537, El Paso, TX 79998-1537 |
| 520648320 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 17 2025 20:37:00 | AMERICAN HONDA FINANCE, PO BOX 168128, Irving, TX 75016-8128 |
| 520657484 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 17 2025 20:37:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520648321 | | EDI: BANKAMER | Jun 18 2025 00:33:00 | BANK OF AMERICA DM, PO BOX 31785, Tampa, FL 33631-3785 |
| 520655158 | + | EDI: AISACG.COM | Jun 18 2025 00:33:00 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520648322 | + | EDI: BMW.COM | Jun 18 2025 00:33:00 | BMW FINANCIAL SERVICES, 1400 CITY VIEW DRIVE, Columbus, OH 43215-1495 |
| 520648323 | + | EDI: CAPITALONE.COM | Jun 18 2025 00:33:00 | CAPITAL ONE BANK USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520648324 | | EDI: DISCOVER | Jun 18 2025 00:33:00 | DISCOVER BANK, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 520654928 | | EDI: DISCOVER | Jun 18 2025 00:33:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520648325 | | EDI: JPMORGANCHASE | Jun 18 2025 00:33:00 | JPMCB CARD SERVICES, PO BOX 15369, Wilmington, DE 19850-5369 |
| 520648326 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 20:36:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE 300, Troy, MI 48083-1271 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 148 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 520648328 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2025 20:36:00 | PNC Bank, PO Box 8703, Dayton, OH 45401-8703 |
| 520648327 | ^ MEBN | Jun 17 2025 20:34:47 | PNC Bank, c/o KML Law Grop PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520648329 | EDI: SYNC | Jun 18 2025 00:33:00 | SYNCB/VERIZON, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520648330 | + EDI: TDBANKNORTH.COM | Jun 18 2025 00:33:00 | TD Bank, PO Box 219, Operation Center, Lewiston, ME 04243-0219 |
| 520648331 | ^ MEBN | Jun 17 2025 20:36:08 | TD Bank, c/o Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2025                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com |
| Hyung S. Kim | on behalf of Debtor Sung G Park James@hskimLaw.com  Jain@hskimlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5